**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jaspreet S.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3307 (MJD/LIB)

Daniel P. Suitor, Daniel P. Suitor, PLLC, Counsel for Petitioner.

David W. Fuller, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Respondents.

On October 6, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing on October 9. On October 9, 2026, Respondents informed the Court that Petitioner was denied bond. [Doc. 24.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Jaspreet S.'s Motion to Enforce Judgment **[Doc. 14]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court